**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| The Morse Group, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-CV-50188 |
| | § | |
| Aloft Media, LLC, | § | |
| | § | |
| Defendant. | § | |

### Agreed Motion to Stay Case Deadlines

Aloft Media, LLC ("Defendant" or "Aloft") moves the Court for a two-week stay of all case deadlines, including but not limited to Aloft's response to The Morse Group, Inc.'s ("Plaintiff" or "Morse") Declaratory Judgment Complaint and the Report of Planning Meeting, to provide the Parties with time to formalize an agreed resolution of this case. Aloft's counsel has conferred with Plaintiff's counsel about the relief requested herein, and Plaintiff agrees with the relief requested herein.

WHEREFORE, Aloft requests that the Court stay all case deadlines for two weeks to provide the Parties with time to formalize an agreed resolution of this case.

> _s/ Michael A. Benefield_
> Michael A. Benefield
> Bar No. 2456049
> Buss & Benefield, PLLC
> 1298 West Main Street
> Greenwood, Indiana 46142
> T: 317-885-0050
> F: 1-844-637-3650
> E: michael@bussbenefield.com
>
> _Attorney for Defendant Aloft Media, LLC_

1