UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

THE MORSE GROUP, INC.,                    )
                                          )
                  Plaintiff,              )
                                          )
          v.                              )          Case No. 3:25-cv-50188
                                          )
ALOFT MEDIA, LLC,                         )
                                          )
                  Defendant.              )

## STIPULATION TO DISMISS

Plaintiff, THE MORSE GROUP, INC., and Defendant, ALOFT MEDIA, LLC, by their respective counsel, hereby stipulate and agree that the above-entitled cause be dismissed with prejudice, each party bearing their own attorneys' fees, costs and expenses. The parties withdraw and terminate all pending motions and pleadings submitted in this action.

THE MORSE GROUP,                           ALOFT MEDIA, LLC.,
Plaintiff                                  Defendant

BY: _____             BY: _____
    Alexander J. Mezny,                        Michael A. Benefield  (#2456049)
    HOLMSTROMKENNEDYPC                         BUSS & BENEFIELD, PLLC
    One of Its Attorneys                       1298 West Main Street
                                               Greenwood, Indiana 46142
                                               T: 317-887-0050
                                               F: 1-844-637-3650
                                               michael@bussbenefield.com

*Prepared by:*
ALEXANDER J. MEZNY (#6209513)
HOLMSTROMKENNEDYPC
800 North Church Street
Rockford, IL 61103
(815) 962-7071
ajm@hkrockford.com